KELLEY DRYE & WARREN LLP
Dana P. Kane
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Counsel to the Liquidating Trustee
of the BHO Liquidating Trust

Hearing Date: December 18, 2015 at 11:30 a.m. (EST)
Objection Deadline: December 11, 2015 at 4:00 p.m. (EST)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re : 
 : Chapter 11
B+H OCEAN CARRIERS, LTD., et al.[1] :
 : Case No. 12-12356 (SCC)
 :
Post-Confirmation Debtors. : (Jointly Administered)

------------------------------------------------------------ x

## NOTICE OF MOTION OF LIQUIDATING TRUSTEE FOR ENTRY OF A FINAL DECREE CLOSING REMAINING CHAPTER 11 CASES

PLEASE TAKE NOTICE that Buchwald Capital Advisors LLC, the Court-appointed trustee of the BHO Liquidating Trust (the "Liquidating Trustee") filed the attached motion (the "Motion") for entry of a final decree closing the chapter 11 cases of B+H Ocean Carriers, Ltd. and Sakonnet Shipping Ltd.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, the United States

---

[1] The additional Debtors in these chapter 11 cases are BHOBO One Ltd., BHOBO Two Ltd., BHOBO Three Ltd., RMJ OBO Shipping Ltd., Sakonnet Shipping Ltd., Straits Offshore Ltd., Seapowet Shipping Ltd., OBO Holdings Ltd., Seasak Trading Ltd., and Product Transport Corp. By order entered December 30, 2013 (Docket No. 488), this Court closed the chapter 11 cases of all associated Debtors other than B+H Ocean Carriers, Ltd. and Sakonnet Shipping Ltd.

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on **December 18, 2015 at 11:30 a.m.** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, and be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) by other parties in interest, on a disk or CD, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Shelley C. Chapman) and shall be served in accordance with General Order M-399 and upon: (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Richard C. Morrissey, Esq.; and (ii) counsel to the Trust, Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178, Attn: Dana P. Kane, Esq., so that they are received no later than **4:00 p.m. (EST) on December 11, 2015.**

PLEASE TAKE FURTHER NOTICE that only those parties who have timely filed and served an objection to the Motion may be heard at the Hearing. If you fail to respond in accordance with this notice, the Court may grant the relief requested in the Motion.

Dated: New York, New York
      November 10, 2015

KELLEY DRYE & WARREN LLP

By:   /s/ *Dana P. Kane*
Dana P. Kane
101 Park Avenue
New York, New York 10178
Tel:   (212) 808-7800
Fax:   (212) 808-7897

*Counsel to the Liquidating Trustee of the BHO Liquidating Trust*