KELLEY DRYE & WARREN LLP
Dana P. Kane
101 Park Avenue
New York, New York 10178
Tel:    (212) 808-7800
Fax:    (212) 808-7897

Counsel to the Liquidating Trustee
of the BHO Liquidating Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
--In re                                                       :
                                                              :    Chapter 11
B+H OCEAN CARRIERS, LTD., *et al.*[1]                         :
                                                              :    Case No. 12-12356 (SCC)
                                                              :
        Post-Confirmation Debtors.                            :    (Jointly Administered)
------------------------------------------------------------- x
--

## CERTIFICATE OF SERVICE

      On the 10th day of November, 2015, the *NOTICE OF MOTION OF LIQUIDATING TRUSTEE FOR ENTRY OF A FINAL DECREE CLOSING REMAINING CHAPTER 11 CASES* was filed and service was made via this court's ECF filing system and via United States first class mail upon those parties listed on the annexed service list.

                                                       */s/ Dana P. Kane*
                                                       Dana P. Kane

---

[1] The additional Debtors in these chapter 11 cases are BHOBO One Ltd., BHOBO Two Ltd., BHOBO Three Ltd., RMJ OBO Shipping Ltd., Sakonnet Shipping Ltd., Straits Offshore Ltd., Seapowet Shipping Ltd., OBO Holdings Ltd., Seasak Trading Ltd., and Product Transport Corp. By order entered December 30, 2013 (Docket No. 488), this Court closed the chapter 11 cases of all associated Debtors other than B+H Ocean Carriers, Ltd. and Sakonnet Shipping Ltd.

| | |
|---|---|
| John R. Ashmead<br>Seward & Kissel, LLP<br>One Battery Park Plaza<br>New York, NY 10006<br><br>*Counsel to Nordea Bank Norge ASA and Nordea Bank Finland PLC* | Allison R Axenrod<br>Claims Recovery Group LLC<br>92 Union Avenue<br>Cresskill, NJ 07626 |
| Camille C. Bent<br>Nicholas F. Kajon<br>Constantine Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br><br>*Former Counsel to Debtors* | Donald F. Campbell, Jr.<br>Giordano Halleran & Ciesla, PC<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br><br>*Counsel to KPI Bridge Oil, Inc.* |
| George M. Chalos<br>Chalos & Co, P.C.<br>123 South Street<br>Oyster Bay, NY 11771<br><br>*Counsel to Fearnleys A/S* | William F. Dougherty<br>Burke & Parsons<br>100 Park Avenue<br>30FL<br>New York, NY 10017<br><br>*Counsel to BP Marine Ltd., BP Products North America Inc. and BP Singapore Pte. Limited* |
| Stuart I. Gordon<br>Matthew V. Spero<br>Rivkin Radler LLP<br>926 RXR Plaza<br>Uniondale, NY 11556<br><br>*Counsel to B+H Management Ltd.* | John H. Hall, Jr.<br>Pryor & Mandelup LLP<br>675 Old Country Road<br>Westbury, NY 11590<br><br>*Former Counsel to Debtors* |
| Mark M Jaffe<br>James D. Kleiner<br>Hill, Betts & Nash<br>200 Liberty Street, 26th Fl.<br>New York, NY 10281<br><br>*Counsel to GARD Marine & Energy Ltd. and GARD P&I (Bermuda) Ltd.* | Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 |

| | |
|---|---|
| James I. McClammy<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br><br>*Counsel to JP Morgan Chase & Co.* | Neil A. Quartaro<br>Watson, Farley & Williams LLP<br>1133 Avenue of the Americas<br>11th Floor<br>New York, NY 10036<br><br>*Counsel to Bank of Nova Scotia* |
| David Neier<br>Winston & Strawn<br>200 Park Avenue<br>New York, NY 10166-4193<br><br>*Counsel to Macquarie Bank Limited and Macquarie US Trading LLC* | Michael E. Unger<br>Freehill Hogan & Mahar LLP<br>80 Pine Street<br>New York, NY 10005<br><br>*Counsel to The Steamship Mutual Underwriting Association Limited* |
| Ronald J. White<br>Murphy Rogers Sloss & Gambel<br>701 Poydrass Street<br>Suite 400<br>New Orleans, LA 70139<br><br>*Counsel to World Ship Supply Inc., East Coast Ship Supply LLC and Harold Christiansens* | Lloyds Bank Corporate Markets<br>Attn: Kevin P. McKendry, CLO<br>1095 Avenue of Americas<br>New York, New York 10036 |
| Honorable Shelley C. Chapman<br>United States Bankruptcy Court for the Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | Stuart I. Gordon<br>Rivkin Radler LLP<br>926 RXR Plaza<br>Uniondale, NY 11556<br><br>*Counsel to B&H Management Ltd.* |
| Mark M Jaffe<br>Hill, Betts & Nash<br>200 Liberty Street, 26th Fl.<br>New York, NY 10281<br><br>*Counsel to GARD Marine & Energy Ltd. and GARD P&I (Bermuda) Ltd.* | |